UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW MCDERMOTT,<br><br>        Plaintiff,<br><br>- against -<br><br><br>NYFIRESTORM.COM, INC.<br><br>        Defendant. | Docket No. 18-cv-10853 (AJN)<br><br>**NOTICE OF MOTION** |

  **PLEASE TAKE NOTICE** that, upon this Notice of Motion; the declaration of Richard Liebowitz and exhibits attached thereto, and the pleadings and prior proceedings herein; Plaintiff Matthew McDermott will move the Court, before the Honorable Alison J. Nathan (U.S.D.J.) at the United States District Court, 40 Centre Street, New York, NY 10007, Courtroom 906, at a time and place determined by the Court for an Order GRANTING Plaintiff's application for default judgment in the amount of $20,000.00 in actual damages and/or infringer's profits under 17 U.S.C. § 504(b); $10,000 in statutory damages under 17 U.S.C. § under § 1203(c)(3)(B); $4037.50 in attorneys' fees and $630.00 costs under 17 U.S.C. § 1203(b)(5); and for such further relief as this Court deems just and proper.

  **PLEASE TAKE FURTHER NOTICE** that Defendant's opposition papers, if any, must be served within 14 days after service of this motion upon Defendant via the Office of Secretary of State of New York.

                Respectfully Submitted,

                LIEBOWITZ LAW FIRM, PLLC

**/richardliebowitz/**
Richard Liebowitz, Esq.
11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-166

*Counsel for Plaintiff*
*Matthew McDermott*

TO:

NYFireStorm.com, Inc.
255 Exterior Street, Room 0067,
Bronx, NY 10451

<u>Via Office of Secretary of State of New York</u>

*Defendant*

2