State of New York - Department of State
Receipt for Service

Receipt #:  201906040591                          Cash #: 201906040201
Date of Service:  05/30/2019                      Fee Paid: $40 - DRAWDOWN
Service Company:  HF TEITEL SERVICE BUREAU, INC. - HF

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  NYFIRESTORE.COM, INC.


Plaintiff/Petitioner:
          MCDERMOTT, MATTHEW



Service of Process Address:
NATHAN T FREEDMAN
SEVEN STUYVESANT OVAL
NEW YORK,  NY 10009

                                              Secretary of State
                                              By  NANCY DOUGHERTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW MCDERMOTT,

Plaintiff,                    Docket No.: 18-cv-10853(AJN)

-against-

AFFIDAVIT OF SERVICE

NYFIRESTORE.COM, INC.,

Defendant.

State of New York)
                 SS.:
County of Albany)

Jeffrey Teitel, being duly sworn, deposes and says that deponent is over the age of eighteen years, is employed by the attorney service, TEITEL SERVICE BUREAU INC., and is not a party to this action.

That on the 30th day of May, 2019 at the office of the Secretary of State of New York in the City of Albany he served the annexed Plaintiff's Motion for Default Judgment, Attorney Declaration and Exhibits in Support of Default, Proposed Default Judgment and Statement of Damages on **NYFIRESTORE.COM, INC.** by delivering and leaving with _Nancy Dougherty_ , a clerk in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, Deponent paid said Secretary of State a fee of $40.00 Dollars. That said service was pursuant to section 306 of the Business Corporation Law.

Deponent further states that he knew the person so served as foresaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age | Height | Weight |
|---|---|---|---|---|---|
| __ Male | ✓ White | __ Light | __ 20-30 | ✓ 5'-5'5'' | ✓ 100-150 |
| ✓ Female | __ Black | __ Medium | __ 31-40 | __ 5'6''-6' | __ 151-200 |
|  | __ Other | ✓ Dark | __ 41-50 | __ 6'1''-6'5'' | __ 200-250 |
|  |  |  | __ 51-60 | __ 6'6''+ | __ 250+ |
|  |  |  | ✓ 61-70 |  |  |

Sworn to before me this 30th day of
May, 2019

_Hilary Teitel_
Hilary Teitel
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires September 11, 2021

_____
Jeffrey Teitel