UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW McDERMOTT,

               Plaintiff,

-v-

NYFIRESTORE.COM, INC.,

               Defendant.

CIVIL ACTION NO.: 18 Civ. 10853 (AJN) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

    Plaintiff's counsel Richard Liebowitz has been suspended from the practice of law in the Southern District of New York on an interim basis pending further disciplinary proceedings. Accordingly, by **Friday, January 15, 2021**, Plaintiff Matthew McDermott shall advise the Court by letter and email to Cave_NYSDchambers@nysd.uscourts.gov whether he intends to seek representation from another attorney with the Liebowitz firm, appear through an attorney other than one from the Liebowitz firm, or proceed <u>pro se</u> (without legal counsel).

    An attorney or paralegal from Mr. Liebowitz's firm, other than Mr. Liebowitz, shall serve a copy of this order on Plaintiff McDermott by **Thursday, January 14, 2021**, and file proof of service of same on **Thursday, January 14, 2021**. The Court also requests that this attorney shall advise Plaintiff of the contents of this order by email as soon as practicable.

Dated:     New York, New York
             January 12, 2021

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**