**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Matthew McDermott,

                Plaintiff,                        18 **CIVIL** 10853 (AJN)

      -against-                             **JUDGMENT**

NYFirestone.com, Inc.,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 12, 2021, the Court reviewed the R & R for clear error, and it found none. The R & R in adopted its entirety and Plaintiff is awarded: (1) statutory damages in the amount of $5,000.00; (2) attorneys' fees in the amount of $1,995.00; and (3) costs in the amount of $400.00; accordingly, the case is closed.

**Dated:**  New York, New York
         March 15, 2021

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                            **BY:**    K. Mango
                                                    **Deputy Clerk**